# DELAWARE CORRECTIONAL CENTER
# SUPPORT SERVICES OFFICE
# MEMORANDUM

07-342 (SLR)

TO: _Ausm Gibbs_    SBI#: _000982_

FROM:   Stacy Shane, Support Services Secretary

RE:    **6 Months Account Statement**

DATE: _June 19, 2007_

---

Attached are copies of your inmate account statement for the months of _December 1, 2006_ to _May 31, 2007_.

The following indicates the average daily balances.

**FILED**
**JUN 26 2007**
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanney

| MONTH | AVERAGE DAILY BALANCE |
|---|---|
| Dec | 0 |
| Jan | 0 |
| Feb | 0 |
| March | 0 |
| April | 0 |
| May | 0 |

Average daily balances/6 months: _0_

Attachments
CC: File

_Stacy Shane_
6/19/07

_Jeanette L Davy_
6/19/07

# Individual Statement
## From January 2007 to May 2007

Date Printed: 6/19/2007 — Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | | |
|---|---|---|---|---|---|---|
| 00066982 | Gibbs | Arson | I | Sr | Beginning Month Balance: | $0.00 |
| Current Location: 19 | | | | | Ending Month Balance: | $0.00 |

Comments:

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailPosta | 4/24/2007 | $0.00 | $0.00 | ($0.63) | $0.00 | 419444 | | 3/22/07 | |
| Supplies-MailPosta | 4/24/2007 | $0.00 | $0.00 | ($0.63) | $0.00 | 419445 | | 3/22/07 | |
| Supplies-MailPosta | 5/8/2007 | $0.00 | $0.00 | ($3.48) | $0.00 | 425781 | | INDIGENT 4/30/07 | |

Ending Month Balance: $0.00

Total Amount Currently on Medical Hold: $0.00
Total Amount Currently on Legal Hold: $0.00
Total Amount Currently on Restitution Hold: $0.00
Total Amount Currently on Other Hold: ($16.62)

# Individual Statement

Date Printed: 6/19/2007

Page 1 of 1

## For Month of December 2006

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00066982 | Gibbs | Arson | I | Sr | | |

Current Location: 19    Comments: QOL2

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailP | 12/8/2006 | $0.00 | $0.00 | ($3.90) | $0.00 | 356205 | | INDIGENT 12/7/06 | |

Ending Mth Balance: $0.00

Total Amount Currently on Medical Hold: $0.00
Total Amount Currently on Non-Medical Hold: ($16.62)

I/M: Anson I. Gibbs, Sr.
SBI#: 066982    UNIT: SHU-Bldg. #19-DL-11
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Legal Mail

To: Clerk of The Court
U.S. District Court of Delaware
844 N. King Street, Lock Box 18
Wilmington, Delaware
19801.