In The United States District Court
For The District of Delaware

| | |
|---|---|
| Anson I. Gibbs, Sr., | Civ. Act. No. 07-342-SLR |
| Plaintiff, | |
| v. | |
| Ruth Ann Minner, Governor, et al., | |
| Defendants. | |

07cv342SLR
FILED
JUL 16 2007
RG scan
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Supplement To Petition To Proceed In Forma Pauperis Without Prepayment Of Filing Fee

Copy of Inmate Account Ledger #066982

Dated: 7-10-07

Plaintiff,
Anson I. Gibbs, Sr.
Anson I. Gibbs, Sr.
1181 Paddock Road
Smyrna, Delaware 19977
SHU-Bldg. #19, DL-11

# DELAWARE CORRECTIONAL CENTER
# SUPPORT SERVICES OFFICE
# MEMORANDUM

TO: Arson Gibbs SBI#: 00698

FROM: Stacy Shane, Support Services Secretary

RE: **6 Months Account Statement**

DATE: July 5, 2007

---

Attached are copies of your inmate account statement for the months of January 1, 2007 to June 30, 2007.

The following indicates the average daily balances.

| MONTH | AVERAGE DAILY BALANCE |
|---|---|
| Jan | 0 |
| Feb | 0 |
| March | 0 |
| April | 0 |
| May | 0 |
| June | 0 |

Average daily balances/6 months: 0

Attachments
CC: File

Stacy Shane
7/5/07

Jeanette L Harp

Date Printed: 7/5/2007

## Individual Statement
### From January 2007 to June 2007

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | | | |
|---|---|---|---|---|---|---|---|
| 00066982 | Gibbs | Arson | I | Sr | | Beginning Month Balance: | $0.00 |
| Current Location: 19 | | | | | | Ending Month Balance: | $0.00 |

Comments:

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailPosta | 4/24/2007 | $0.00 | $0.00 | ($0.63) | $0.00 | 419444 | | 3/22/07 | |
| Supplies-MailPosta | 4/24/2007 | $0.00 | $0.00 | ($0.63) | $0.00 | 419445 | | 3/22/07 | |
| Supplies-MailPosta | 5/8/2007 | $0.00 | $0.00 | ($3.48) | $0.00 | 425781 | | INDIGENT 4/30/07 | |
| Supplies-MailPosta | 6/1/2007 | $0.00 | $0.00 | ($2.33) | $0.00 | 436834 | | 5/23/07 | |
| Supplies-MailPosta | 6/1/2007 | $0.00 | $0.00 | ($1.99) | $0.00 | 436851 | | 5/25/07 | |
| Supplies-MailPosta | 6/18/2007 | $0.00 | $0.00 | ($3.66) | $0.00 | 444143 | | INDIGENT 6/11/07 | |

Ending Month Balance: $0.00

Total Amount Currently on Medical Hold: $0.00
Total Amount Currently on Legal Hold: $0.00
Total Amount Currently on Restitution Hold: $0.00
Total Amount Currently on Other Hold: ($16.62)

I/M Jason I. Gibbs, Sr.
SBI# 066982  UNIT SHU-Bldg. #9, DL-11
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Legal Mail

To: Clerk of the Court
District of Delaware
844 N. King Street, Lockbox 18
Wilmington, Delaware
19801-3570

19801+3570

02 1A
0004608975
MAILED FROM ZIP CODE 19977
$00.41⁰
JUL 13 2007
PITNEY BOWES
UNITED STATES POSTAGE
Postage due