In The United States District Court
For The District of Delaware

Anson I. Gibbs, Sr.,                    Civil Act No. 07-342-SLR

            Plaintiff,

    v.

Ruth Ann Minner, Governor,
et al.,

            Defendants.

## Supplement To Motion For Reconsideration

The plaintiff, Anson I. Gibbs, Sr., presents this supplement to Motion For reconsideration and set forth the following.

1) "It is held that the constitutionality of an act passed by the legislature can be tested by a suit against the governor, based upon the theory that the governor, as the executive of the State, is, in a general sense, charged with execution of all its laws."

2). However: The legislative defendants of the State of Delaware have assented to suit in a Court of law, because they assume the same executive role as the governor of the State of Delaware. (See Del. Const. Art. III, sec. 18, paragraphs 1 and 3).

Wherefore: The plaintiff prays that the Court will accept his supplemental motion.

Dated: 7-25-07

Plaintiff,
Anson I. Gibbs, Sr. SBI# 066982
Anson I. Gibbs, Sr.
1181 Paddock Road
Smyrna, Delaware 19977.

FROM Anson L. Gibbs, Sr.
BI# 00982  UNIT SHU-Bldg. #19, DL-11
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Legal Mail

WILMINGTON DE 197
26 JUL 2007 PM 1 T

U.S.M.S.
X-RAY

To: Clerk of the Court
U.S. District of Delaware
844 N. King Street, Lock Box 18
Wilmington, Delaware
19801