In The United States District Court
For The District of Delaware

Anson I. Gibbs, Sr.,                    Civil Act. No. 07-342-SLR

    Plaintiff,

v.

Ruth Ann Minner, Governor,
et al.,

    Defendants.

FILED
JUL 30 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## Amended Complaint

The Plaintiff, Anson I. Gibbs, Sr., presents this amended complaint under Fed. R. Civ. P. 15 against the four judicial defendants mentioned in plaintiff's amended complaint dated 7-3-07.

1) In Ex Parte Young, 209 U.S. 123, 28 S.Ct. (1908) It is held, "In making an officer of the State a party defendant in a suit to enjoin the enforcement of an act alleged to be unconstitutional, it is plain that such officer must have some connection with the enforcement of the act... The fact that the State officer, by virtue of his office, has some connection with the enforcement of the act, is the important and material fact, and whether it arises out of the general law, or is especially created by the act itself, is not material so long as it exists."

2) "The being specially charged with the duty to enforce the Statute is sufficiently apparent when such duty exists under the general authority of some law, even though such authority is not to be found in the particular act. It might exist by reason of the general duties of the officer to enforce it as a law of the State."

3) The four judicial defendants mentioned in plaintiff's Amended Complaint dated 7-3-07, were specially charged with the execution of a State enactment (10 Del.C. Subsec. 6902(1)), which they knew or should have known to be unconstitutional, and who committed, under its authority, a "wrong or trespass" to the injury of the plaintiff's rights Constitutional in nature.

Wherefore: The plaintiff prays that the Court will grant his amended Complaint, due to the fact that the plaintiff is housed in a Max Security Unit and have no physical access to a law library and must depend on someone else to send legal material, which is always untimely.

Dated: 7-26-07

Plaintiff,
Arson I. Gibbs Sr., SBI #366982
1181 Paddock Road
Smyrna, Delaware 19977
SHU-Bldg #19, DL-19

(2)

I/M Aaron L. Gibbs, Sr.
SBI# 066982   UNIT SHu-Blg #19, DL-11
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Legal Mail

WILMINGTON DE 197
27 JUL 2007 PM 1 L

To: Clerk of The Court
U.S. District Court of Delaware
844 N. King Street, Lockbox 18
Wilmington, Delaware
19801