In The United States District Court
For The District of Delaware

| | |
|---|---|
| Anson I. Gibbs, Sr., | Civil Act. No. 07-342-SLR |
| Plaintiff, | |
| v. | |
| Ruth Ann Minner, Governor, Et Al., | |
| Defendants. | |

Inmate Account Ledger In Support of Second Motion To Proceed Without Prepayment of Filing Fees

Plaintiff, Anson I. Gibbs, Sr., Pro Se, presents this inmate account ledger in support of second Motion to Proceed without Prepayment of filing fees, on this 11th day of September 2007.

Dated: 9-11-07

Plaintiff,
Anson I. Gibbs, Sr.
Anson I. Gibbs, Sr., SBI # 066982
1181 Paddock Road
Smyrna, Delaware 19977

FILED
SEP 13 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Date Printed: 9/10/2007

# Individual Statement
## From March 2007 to August 2007

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | | Beginning Month Balance: | $0.00 |
|---|---|---|---|---|---|---|---|
| 00066982 | Gibbs | Arson | I | Sr | | Ending Month Balance: | $0.00 |

Current Location: 19    Comments:

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailPosta | 4/24/2007 | $0.00 | $0.00 | ($0.63) | $0.00 | 419444 | | 3/22/07 | |
| Supplies-MailPosta | 4/24/2007 | $0.00 | $0.00 | ($0.63) | $0.00 | 419445 | | 3/22/07 | |
| Supplies-MailPosta | 5/8/2007 | $0.00 | $0.00 | ($3.48) | $0.00 | 425781 | | INDIGENT 4/30/07 | |
| Supplies-MailPosta | 6/1/2007 | $0.00 | $0.00 | ($2.33) | $0.00 | 436834 | | 5/23/07 | |
| Supplies-MailPosta | 6/1/2007 | $0.00 | $0.00 | ($1.99) | $0.00 | 436851 | | 5/25/07 | |
| Supplies-MailPosta | 6/18/2007 | $0.00 | $0.00 | ($3.66) | $0.00 | 444143 | | INDIGENT 6/11/07 | |
| Supplies-MailPosta | 7/11/2007 | $0.00 | $0.00 | ($3.66) | $0.00 | 454866 | | 6/5/07 | |
| Supplies-MailPosta | 7/16/2007 | $0.00 | $0.00 | ($0.75) | $0.00 | 456734 | | 6/21/07 | |
| Supplies-MailPosta | 7/16/2007 | $0.00 | $0.00 | ($1.31) | $0.00 | 456877 | | INDIGENT 7/9/07 | |
| Supplies-MailPosta | 7/24/2007 | $0.00 | $0.00 | ($3.66) | $0.00 | 461369 | | 7/8/07 | |
| Supplies-MailPosta | 7/24/2007 | $0.00 | $0.00 | ($0.41) | $0.00 | 461373 | | 7/8/07 | |
| Supplies-MailPosta | 7/25/2007 | $0.00 | $0.00 | ($0.41) | $0.00 | 461979 | | 7/14/07 | |
| Supplies-MailPosta | 7/25/2007 | $0.00 | $0.00 | ($0.41) | $0.00 | 461980 | | 7/15/07 | |
| Supplies-MailPosta | 7/25/2007 | $0.00 | $0.00 | ($0.41) | $0.00 | 462023 | | 7/3/07 | |
| Supplies-MailPosta | 8/10/2007 | $0.00 | $0.00 | ($0.58) | $0.00 | 469973 | | 7/11/07 | |
| Supplies-MailPosta | 8/17/2007 | $0.00 | $0.00 | ($0.80) | $0.00 | 473172 | | 7/25/07 | |
| Supplies-MailPosta | 8/20/2007 | $0.00 | $0.00 | ($3.66) | $0.00 | 474268 | | INDIGENT 8/7/07 | |

Ending Month Balance: $0.00

Total Amount Currently on Medical Hold: $0.00
Total Amount Currently on Legal Hold: $0.00
Total Amount Currently on Restitution Hold: $0.00
Total Amount Currently on Other Hold: ($29.43)


FILED SEP 13 2007 U.S. DISTRICT COURT DISTRICT OF DELAWARE

Jason I. Gibbs, Sr.
SBI# 268989   UNIT SHU-Blg. 19-D-11
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Legal Mail

To: Clerk of The Court
U.S. District Court of Delaware
844 N. King Street, Lockbox 18
Wilmington, Delaware
19801.

WILMINGTON DE 197
12 SEP 2007 PM 1 T