To: Clerk of the Court
U.S. District Court of Delaware
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801.

From: Arson I. Gibbs, Sr., SBI #811982
1181 Paddock Road
Smyrna, Delaware 19977.
SHU-Bldg. #19-DL-11

Dated: September 17, 2007

**FILED**
SEP 19 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

Re: Copy of Civil Docket Enteries - Case No. 07-342-SLR

Dear Clerk:

Would you please be so kind as to forward to me a copy of the Docket Enteries of the above Civil Action Number.

However: I am without funds to pay for same and am proceeding in forma pauperis in this case. Thank You.

cc:

Sincerely,
Arson I. Gibbs, Sr.

I/M Anson E.G. Gibbs, Sr.
SBI# 061982   UNIT S.H.U.Bldg. #5-DL-11
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Legal Mail

WILMINGTON DE 197
18 2007 PM 2 L

To: Clerk of the Court
U.S. District Court of Delaware
844 N. King Street, Lockbox 18
Wilmington, Delaware
19801.