To: Clerk of The Court
U.S. District Court of Delaware
844 N. King Street, LockBox 18
Wilmington, Delaware 19801.

From: Anson I. Gibbs, Sr., SBI #066982
1181 Paddock Road
Smyrna, Delaware 19977
SHU-Bldg. #19-DL-11

RECEIVED SEP 25 2007 U.S. DISTRICT COURT DISTRICT OF DELAWARE

Dated: September 22, 2007

Re: Civil Docket Case No. 07-342-SLR

Dear Clerk:

D.I. 13, Motion For Reconsideration should also reflect Jurisdiction Motion. The two Motions were filed together.

D.I. 17, should be Second Motion For Leave to proceed without prepayment of Filing Fees.

D.I. 18, Should be Trust Fund Account Statement. Upon your correction of same please forward me a corrected copy. Thank you.

Very Truly Yours,
Anson I. Gibbs, Sr.

