NOTICE OF APPEAL
TO
U.S. COURT OF APPEALS, THIRD CIRCUIT

U.S. District Court for the District of Delaware

CIRCUIT COURT DOCKET NUMBER: _____ (leave blank)

FULL CAPTION IN DISTRICT COURT AS FOLLOWS:

Anson I. Gibbs, Sr.

v.

Ruth Ann Minner, et al.

DISTRICT COURT DOCKET NUMBER: 07-342-SLR

DISTRICT COURT JUDGE: Sue L. Robinson

Notice is hereby given that _Anson I. Gibbs, Sr._
(Named Party)

appeals to the United States Court of Appeals for the Third Circuit from [ ] Judgment, [X] Order,

[ ] Other (specify) _____

entered in this action on _11-8-07_
(date)

DATED: _12-11-07_

_Anson I. Gibbs, Sr., Pro Se_
(Counsel for Appellant-Signature)

_Anson I. Gibbs, Sr., SBI #86982_
(Name of Counsel - Typed)

_1181 Paddock Road, MHU-Bldg. A-L-9_
(Address)

_Smyrna, Delaware 19977_

_N/A_
(Telephone Number)

FILED
DEC 13 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

PO scanned

_N/A_
(Counsel for Appellee)

_U.S. District Court of Delaware_
(Address)

_844 King Street, Lock Box 18_
_Wilmington, Delaware 19801_

_(Telephone Number)_

NOTE: USE ADDITIONAL SHEETS if all appellants and/or all counsel for appellees cannot be listed on the Notice of Appeal sheet.

IM Anson I. Gibbs, Sr.
SBI# 061982  UNIT MHU Bldg. #21-A-L-9
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Legal Mail

To: Clerk of the Court
U.S. District Court of Delaware
844 N. King Street Lockbox 18
Wilmington, Delaware 19801.