In The United States District Court
For The District of Delaware

(24)

Anson I. Gibbs, Sr.

  Petitioner/Appellant,

v.

Ruth Ann Minner, Governor,
et al.,

  Respondents/Appellees.

Civil Action No. 07-342-SLR

FILED
DEC 20 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BP scanned

## Certificate

This is to Certify that I, Anson I. Gibbs, Sr., pursuant to FRAP Rule 10(b) and Rule 11(a), state that no transcripts will be ordered from the Court Reporter and District Clerk.

That the entire Record has been forwarded by the Petitioner/Appellant to the Third Circuit Court of Appeals on this 18 day of December 2007.

Dated: December 18, 2007

Petitioner/Appellant,
Anson I. Gibbs, Sr.
Anson I. Gibbs, Sr., SBI #061982
1181 Paddock Road
Smyrna, Delaware 19977
MHU-Bldg.#21-A-L-9

IM Arson I. Gibbs, Sr.
SBI# 0066282   UNIT MHU Bldg #21-A-L-9
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Legal Mail

To: Clerk of The Court
U.S. District Court of Delaware
844 N. King Street Lockbox 18
Wilmington, Delaware
19801