To: Clerk of the Court
U.S. District Court of Delaware
844 N. King Street, LockBox 18
Wilmington, Delaware 19801.

From: Anson I. Gibbs, Sr., SBI #066982
1181 Paddock Road
Smyrna, Delaware 19977.
MHU-Bldg. #21-A-L-9

07-342 (SLR)

Dated: 12-21-07

**FILED**
DEC 26 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

Dear Clerk:

  Would you please be so kind as to inform me of the disposition of the "Notice of Appeal" that I filed with this office dated 12-11-07.

  A speedy reply would be very much appreciated. Thank you.

                               Sincerely,
cc:                            Anson I. Gibbs, Sr.

I/M Aaron I. Gibbs, Sr.
SBI# 066962   UNIT SHHU-BLdg #21-A-L-9
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Legal Mail

$00.41⁰  DEC 22 2007
MAILED FROM ZIP CODE 19977

FILED
2007 DEC 26  PM 2:41
CLERK, U.S. DISTRICT COURT
DISTRICT OF DELAWARE

U.S.M.S.
X-RAY

To: Clerk of the Court
U.S. District Court of Delaware
844 N. King Street Lockbox 18
Wilmington, Delaware
19801