OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
### DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

December 28, 2007

**Arson I. Gibbs, Sr.**
SBI# 066982
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

                    RE:    **Status of Appeal**
                           **USDC No. 07-342 SLR**
                           **USCA No.: 07-4674**

Dear Mr. Gibbs:

This office received a letter from you requesting the status of your appeal. Your Notice of Appeal was docketed in the U.S. District Court on 12/13/07, and in the U.S. Court of Appeals, 3rd Circuit, on 12/21/07.  Your appeal is pending before the U.S. Court of Appeals, 3rd Circuit.  You will be advised by the Court as to further developments in your case.  Future requests for the status of your appeal can be directed to the following address:

            Clerk
            U.S. Court of Appeals
            Room 21400 U.S. Courthouse
            Independence Mall West
            601 Market Street
            Philadelphia, PA 19106

    I trust that this letter answers your questions concerning this matter.  Nothing contained in this letter is intended to express an opinion as to the merits of any claim which you may be alleging.

                              Sincerely,

/rwc                          PETER T. DALLEO
                              CLERK

cc: The Honorable Sue L. Robinson